## CHANEY v. STATE.

### No. 16134.

Court of Criminal Appeals of Texas.
June 21, 1933.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary of a private residence, punishment assessed being fifteen years in the penitentiary.

The indictment changes the offense. The record is before this court without statement of facts or bills of exception. Under such circumstances nothing is presented for review.

The judgment is affirmed.